FILED
2022 May-09 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SOUTHWESTERN ATHLETIC CONFERENCE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 2:22-cv-00486-AKK** |
| | ) | |
| **URBAN EDGE NETWORK, LLC; *et al.*,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SUMMONS

To: **Todd Brown**
**c/o Carolynn Beck**
**Goldstein & McClintock, LLLP**
**Onc World Trade Ccnter, Suite 8500**
**New York, New York 10007**

A lawsuit has been filed against you. Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John W. Clark IV
Clark Law Firm, PC
The Landmark Center, Suite 600
2100 First Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: MAY -9 2022

SHARON N. HARRIS, CLERK
By: Shirley A. Williams
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SOUTHWESTERN ATHLETIC CONFERENCE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No: 2:22-cv-00486-AKK** |
| **URBAN EDGE NETWORK, LLC; *et al.*,** | ) | |
| **Defendant.** | ) | |

**SUMMONS**

To: **Hardy Pelt a/k/a Victor Pelt**
**c/o Carolynn Beck**
**Goldstein & McClintock, LLLP**
**One World Trade Center, Suite 8500**
**New York, New York 10007**

A lawsuit has been filed against you. Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John W. Clark IV
Clark Law Firm, PC
The Landmark Center, Suite 600
2100 First Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaiut.** You also must file your answer or motion with the court.

DATE: MAY -9 2022

SHARON N. HARRIS, CLERK

By: Shirley A. Williams
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203